**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

Oak Park Chiropractic Clinic

      Debtor(s).

_____/

Case No. 07-42325
Chapter 7
Honorable Walter Shapero

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $975.64 represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Internal Revenue Service SB/SE<br>P.O. Box 330500 Stop 15<br>Detroit, MI 48232 | 6 | $975.64 |

Dated: September 11, 2009

/s/ Michael A. Stevenson (P37638)
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
29200 Southfield Rd., Suite 210
Southfield, MI 48098
(248) 423-8200